**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| JOSHUA NEWLON, | ) | |
|  | ) | |
|  | ) | |
| *Plaintiff,* | ) | |
|  | ) | |
| v. | ) | Case No. 1:25-cv-01940-AJT-WEF |
|  | ) | |
| ANTON SAGAN, *ET AL.*, | ) | |
| *Defendants.* | ) | |
|  | ) | |
|  | ) | |

**<u>ORDER</u>**

This matter is before the Court on Plaintiff Joshua Newlon's Motion for Default Judgment as to Defendant Juicy Brewing LLC, [Doc. No. 14] (the "Motion"), pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. On May 26, 2026, Magistrate Judge Fitzpatrick issued a report with proposed findings of fact and recommendations, [Doc. No. 20] (the "R&R"). Magistrate Judge Fitzpatrick recommended that the Court dismiss Counts IV and V of the Complaint with prejudice, enter judgment against the Defendant on Count I,[1] and award $350,000 in compensatory damages and $23,309.52 in attorney's fees and costs, along with post-judgment interest. *Id.* at 31–32. No objection was filed to the R&R.

The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of Magistrate Judge Fitzpatrick. Accordingly, it hereby

---

[1] The only remaining counts, Counts II and III, were not brought against Defendant Juicy Brewing, LLC and therefore are not at issue in the Motion. [Doc. No. 20] at 4.

**ORDERED** that the Motion [Doc. No. 14] be, and the same hereby is, **GRANTED** as to Count I; and it is further

**ORDERED** that judgment be entered against Defendant Juicy Brewing in the total amount of $373,309.52, consisting of (i) $350,000 in compensatory damages and (ii) $23,309.52 in attorney's fees and costs; and it is further

**ORDERED** that Counts IV and V be, and the same hereby are, **DISMISSED** with prejudice (with Count V being dismissed as to both Defendants).

The Clerk is directed to enter judgment in accordance with this Order in favor of Plaintiff pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record.

Alexandria, Virginia
June 12, 2026

_____
Anthony J. Trenga
United States District Judge